# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1878
LT Case No. 2018-CF-2410

_____

MARK CLAYTON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Rachael E. Reese, of Rachael Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General and David Welch, Assistant
Attorney General, Tallahassee, for Appellee.

January 30, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, BOATWRIGHT, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————